UNITED STATES DISTRICT COURT
WISCONSIN EASTERN DISTRICT

JOSEPH YEOMAN

    Plaintiff,

v.

    Case No. 23-CV-188-JPS

JON FRY, WILLIAM EMBREY, JOHN DOE, JOHN DOE 1, RACINE COUNTY ASSISTANT DISTRICT ATTORNEY ANTOINETTE L. RICH, AND RACINE COUNTY,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

**PLEASE TAKE NOTICE** Plaintiff Joseph Yeoman, moves this court pursuant to **Fed. R. Civ. P. Rule 7** and **U.S. Dist. Ct. E.D. WI. Civ. L. R. 7(k)**, to submit Supplemental Authority in Plaintiff's Sur-Reply brief in opposition to Defendants' Reply Brief in Support of Motion to Dismiss. The grounds for this NoTice are as follows:

1) Pertinent and significant authority relevant to this issue must be raised. Mr. Yeoman a pro se litigant, hereby requests this court for permission to submit his sur-reply brief due to recent decision made by the Supreme court in *Thompson v. Clark*, **142 S. Ct. 1132 (2022)**; *Smith v. City of Chicago*, **142 S.Ct. 1665 (2022)**. *(See Yeoman's sur-reply brief at pg.'s 1-28)*

2) Applying *Thompson's* latest accrual rule for **Fourth Amendment malicious prosecution,** has created new controlling precedent that may give grounds to reinstate Plaintiff's **Conspiracy** and *Monell* claims against Defendant's Rich and Racine County.

Page **1** of **2**

See *Smith v. City of Chicago*, Ill., (7th Cir.) (2022) WL 2752603 *(See Yeoman's sur-reply brief at pg.'s 1-4, 24-27)*.

3) Plaintiff also claims **Fourth Amendment wrongful pretrial custody** per *"Manuel I"* and *"Manuel II"*... see *Manuel v. City of Joliet,* Ill. at 368-370, 580 U.S. 357, 137 S.Ct. 911, 197 L.Ed.2d 312 (2017); see also *Manuel v. Joliet*, Ill. at 669-670, 903 F.3d 667 (7th Cir. 2018). raised *(See Yeoman's sur-reply brief at pg.'s 1-28)*

Plaintiff submits this Notice of Supplemental Authority to this court pursuant to **Fed. R. Civ. P. Rule 7** and **U.S. Dist. Ct. E.D. WI. Civ. L. R. 7(k)**, prior to plaintiff's filing sure-reply brief by the previously requested extension date of July 31, 2024.

Dated this 29th day of July, 2024

_____
Joseph Yeoman, Pro Se Litigant

**JOSEPH YEOMAN**
Redgranite Correctional Institution DOC # 387733
1006 Co. Rd. EE, P.O. Box 925
Redgranite, WI. 54970

Cc: USDC ED Clerk of Court
    Jacob A. Sosnay
    Alyssa N. Chojnacki
    Attorneys for Defendants Jon Fry,
    William Embrey, John Doe, and John Doe 1

Page 2 of 2

Case 2:23-cv-00188-JPS    Filed 08/05/24    Page 2 of 2    Document 40