362 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: Written Submission in Response to DN. 69
Yeoman v. Fry et al 23-CV-188 JPS

To: Hon. Judge J.P. Stadmueler

    I concede with the Courts application pursuant to Petersen v. Pedersen, No. 24-1206, 2025 WL 1637317, at (7th Cir. June 10, 2025). On June 30, 2025 approx. 6 days ago I recieved a letter from the defendants requesting me to Supplement my responses to their discovery requests. Unfortunately my USB flash drive was unlawfully Seized by Redgranite Correctional Institution (RGCI) officials. This has hampered my ability to complete legal work in a meaningful manner, as several legal documents were located on this drive. (See Motion to Extend or Modify the Scheduling order). The 536 pages of discovery produced by the defendants was incomplete, and the responses they provided were also evasive pursuant to FRCP 37(a)(4) as follows:

  1.) The dispatch audio's transcript cited in the Supplement reports of the defendants are missing from discovery.

2.) The body camera footage from defendants Fry, Embrey, and officer Burk from the night of the incident August 3-4, 2016 was missing from discovery.

3.) The dash camera footage from defendants Fry, Embrey, and officer Burks vehicles the night of the incident August 3-4, 2016 was missing from discovery.

4.) Photographic evidence from both vehichles the night of the car accident August 3-4, 2016 was missing from discovery.

5.) The original booking photos from August 3-4, 2016 were missing from discovery.

6.) The audio & video statement of Stephan Eary taken about two weeks after the car accident was missing from discovery.

7.) The entire transcript in Racine County Circuit Court Case no. 16CF1206 was missing with exception of the evidence hearing November 14, 2016 and the decision on said hearing January 12, 2017.

8.) About 7 other officers were involved with the search of the plaintiffs Mimi van August 3-4, 2016, those offices names were not included in the 536 pages of discovery produced by the defense.

9.) The video footage from the Kwik Trip gas station the night of the incident August 3-4, 2016 in the discovery provided by the defense was missing.

10.) Copies of the Court record & Index in 16CF1206 were also missing from the record produced by the defendants in this matter.

On July 6, 2025 I also requested the defendant to supplement there responses to the Plaintiff's Second Request for Addmission 1-17, Request for Production 1-9, and Interrogatories 1-22. Given the the Circumstance I will need to file a 3rd Amended Complaint to implement John Does and Jane Does, I also need time to Supplement my responses to the defendants discovery request. I also need time to respond to the defendants Stipulated Proposed findings of facts. Lastly, due to the Seizure of my word product, legal documents, and the Staff Shortage law library restrictions, I ask this Court to grant me 90 days extended time on its Scheduling order for all the above.

Dated and Signed this 6th day of July 2025

Respectfully yours,

Joseph Yeomon DOC#387733
RGCI P.O. Box 925
Redgranite, WI. 54970

Joseph Yeomon, Pro Se litigant

Joseph Yeoman DOC:387733
Redgranite Corr. Inst.
P.O. Box 925
Redgranite, WI. 54970

53202-450099

MILWAUKEE WI 530
8 JUL 2025 PM 8 L

362 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee WI. 53202