UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| JOSEPH J. YEOMAN, | |
| --- | --- |
| Plaintiff, | Case No. 23-CV-188-JPS |
| v. | |
| JON FRY, WILLIAM EMBREY, RACINE COUNTY, and CHRISTOPHER SCHMALING, | ORDER |
| Defendants. | |

Plaintiff, Joseph J. Yeoman, an inmate confined at Redgranite Correctional Institution ("RGCI"), brings this action under 42 U.S.C. § 1983 pro se. On January 28, 2025, pursuant to 28 U.S.C. § 1915A, the Court screened his second amended complaint and identified which claims may proceed. ECF No. 51. On February 19, 2025, the Court entered a scheduling order with deadlines for discovery to be completed on or before June 2, 2025, and dispositive motions to be filed on or before August 1, 2025. ECF No. 57. On May 20, 2025, the Court granted Plaintiff's motion for an extension of time in part and allowed discovery to be completed on or before July 15, 2025. ECF No. 65. On July 15, 2025, the Court granted Plaintiff's second extension of time and warned Plaintiff that no further extensions would be granted. ECF No. 73.

On September 29, 2025, Defendants filed a motion for summary judgment. ECF No. 81. On October 29, 2025, the Court granted Plaintiff's motion for an extension of time to respond. ECF No. 93. On November 7, 2025, Plaintiff filed a motion for summary judgment and a motion to strike

for failure to disclose. ECF No. 94. On November 26, 2025, the Court granted Plaintiff's second motion for an extension of time and ordered him to respond on or before December 29, 2025. ECF No. 102. The Court warned Plaintiff that no further extensions would be granted. *Id.* On December 29, 2025, Plaintiff filed a motion to stay the case. ECF No. 104.

The Court will deny Plaintiff's motion to stay the case. Plaintiff was previously warned that no additional extensions would be granted. Plaintiff seeks to stay the case because he believes his untimely motion for summary judgment and motion to strike must be ruled upon prior to Plaintiff responding to Defendants' motion for summary judgment. The Court disagrees. The Court has previously granted numerous extensions of time in this case to accommodate Plaintiff's pro se status. However, the Court also takes seriously its obligation to construe the Federal Rules of Civil Procedure in a way that secures the "just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. As such, the Court is obliged to deny Plaintiff's motion to stay the case.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to stay, ECF No. 104, be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 31st day of December, 2025.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge