01-14-2026



**USDC ED Clerk of Court**
**362 U.S. Courthouse**
**517 E. Wisconsin Ave.**
**Milwaukee, WI.53202**

RE: **Verification of 12/29/2025 Postage of Plaintiff's Summary Judgment Material [Yeoman v Fry et al. Case no. 23-CV-188 JPS]**

Attn: Clerk of Court

Hello, on December 29, 2025 I sent two separate parcels to the court containing the following summary judgment material:

**1.)** Response Brief in Opposition to Defendant's Motion for Summary Judgment; **2.)** Response in Opposition to Defendant's Disputed Findings Of Facts; **3.)** Stipulated Findings of facts; **4.)** Disputed Findings of Facts; **5.)** Declaration of Joseph Yeoman; **6.)** Declaration of Gregory Thompson **(sent via USPS by witness)**; **7.)** Motion to Reconsider Suppression Ex.1; **8.)** Constitutional Challenge to Wis. Stat. §961.48 Ex. 2; **9.)** Transcript of Evidence Hearing 11-14-2016 Ex. 3 **10.)** Transcript of Oral Ruling 01-12-2017 Ex. 4; **11.)** Racine Court Index Ex. 5; **12.)** Racine Court Record Ex. 6; **13.)** Notice of Motion hearings Ex. 8; **14.)** Racine Dismissal/Acquittal Ex. 9; **15.)** Non-Criminal traffic citations & Criminal complaint Ex. 10; **16.)** Supplement Repot of Jon Fry Ex. 11; **17.)** Supplement Report of William Embrey Ex. 12; **18.)** Supplement Report of Kevin Burk Ex. 13; **19.)** Supplement Repot of Bryan Schmidt Ex. 14; **20.)** Supplement Repot of Thomas Knaus Ex. 15; **21.)** Plaintiff's Photo's Ex. 16 **(USB sent separately by the Institution of RGCI)**; **22.)** Policies and Procedures Ex. 17; **23.)** Joseph Yeoman's Laboratory Report Result Ex. 18; **24.)** Plaintiff's & Defendant's Discovery Letters Ex. 19; **25.)** Sheriff Schmaling notice of Lab Report Ex. 20; **26.)** Speedy Trial Demand Ex. 21; 27.) Motion to Extend pg. limitation.

Enclosed are copies of two separate postage disbursements verifying that both parcels were sent from the institution Redgranite Correctional Institution December 29, 2025. If there are any discrepancies with the submittal please contact me at the address entitled below. Thank you for your time and efforts. (See Attached Reciepts for December 29th, 2025).

Dated and signed this **14th** day of January, **2026**

**Joseph J. Yeoman D.O.C. #387733**
Redgranite Correctional Inst.,
P.O. box 925 Redgranite, WI. 54970-0925
Phone: 920-566-2600

Respectfully Yours,

_____
**JOSEPH J. YEOMAN** Pro se litigant

**Cc: Clerk of Court for the USDC E.D.**

1