# DISBURSEMENT REQUEST / SOLICITUD DE DESEMBOLSO

**DEPARTMENT OF CORRECTIONS** — Division of Adult Institutions
DOC-0184 (Rev. 4/2024)
WISCONSIN Administrative Code Chapter DOC 309

JPS 23cv188

*Stamp: U.S. District Court Wisconsin Eastern — FILED JAN 20 2026 — Clerk of Court*

## Form 1

- INMATE LAST NAME: Yeoman
- INMATE FIRST NAME: Joseph
- DOC NUMBER: 387733
- FACILITY: RGCI
- HOUSING UNIT/FLOOR/CELL: E-South #69
- PAY TO NAME: RGCI Business Office
- STREET ADDRESS: PO Box

**REQUEST FOR:**
- [X] 2 – Shipping/Freight
- [X] 3 – Postage

**FUNDING SOURCE:** [X] REL - Release Account

**REASON FOR REQUEST OR CASE NUMBER:**
United States District Court E.D.
517 E. Wisconsin Ave. Milwaukee WI. 53202
Postage Per Court Order in 16CF1206

**INDIVIDUAL ITEMS REQUESTED:**
Summary Judgment Material
Motions, briefs, Affidavits, 22
Separate Exhibits, and a
Certificate of Service

**AMOUNT:** 4 lbs. Parcel

**Total Amount Requested:** $11.75

- INMATE SIGNATURE DATE: 12-29-25
- INMATE ID VERIFIED Staff Initials: JA
- DISBURSEMENT APPROVED BY: Adsit — DATE: 12-30-25
- DATE PAID: JAN 0 6 2026

## Form 2

- INMATE LAST NAME: Yeoman
- INMATE FIRST NAME: Joseph
- DOC NUMBER: 387733
- FACILITY: RGCI
- HOUSING UNIT/FLOOR/CELL: ES 69
- PAY TO NAME: RGCI Business Office
- STREET ADDRESS: PO Box 925
- CITY: Red

**REQUEST FOR:**
- [X] 1 – Copies
- [X] 3 – Postage
- [X] Shipping/Freight

**FUNDING SOURCE:** [X] REL - Release Account

**REASON FOR REQUEST OR CASE NUMBER:**
United States Eastern District Courthouse
517 E. Wisconsin Ave. RM 362 Milwaukee WI, 53702
Postage Per Court Order 16CF1206

**INDIVIDUAL ITEMS REQUESTED:**
USB – Exhibit #16
Photos 1-36
Parcel 16oz

**Total Amount Requested:** $7.25

- DATE SIGNED: 12-29-25
- Staff Initials: KJ
- DISBURSEMENT APPROVED BY: Sgt Walker — 12/29/25
- DATE PAID: JAN 0 5 2026